UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA O., <br><br>      Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br><br>      Defendant. | Case No.:  23-cv-1212-KSC <br><br> **Order on Joint Motion For Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment [Doc. No. 12]** |

  Plaintiff filed this action challenging the final decision of the Commissioner of Social Security denying plaintiff's claim for benefits. Doc. No. 1. This Court directed the parties to explore informal resolution of the matter through the meet-and-confer process. *See* Doc. No. 10. On September 28, 2023, having met and conferred, the parties jointly moved for remand under sentence for of 42 U.S.C. § 405(g). Doc No. 12 (the "Joint Motion").

  Having reviewed the Complaint and the Joint Motion, the Court **GRANTS** the Joint Motion. Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) with instructions to offer Plaintiff the opportunity for a new hearing, re-evaluate the evidence of record, and issue a new decision. The Clerk of Court is **DIRECTED** to enter a final judgment in favor of plaintiff, and against defendant. The entry of judgment will begin the running of the thirty-day period for which plaintiff, as the

prevailing party, may make a timely application for attorneys' fees under the Equal Access to Justice Act. *See* 28 U.S.C. § 2412(d)(1)(B); *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002).

      IT IS SO ORDERED.

Dated: September 28, 2023

                                        Hon. Karen S. Crawford
                                        United States Magistrate Judge