

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angelina Maria Olson | Civil Action No.   23-cv-01212-KSC |
| **Plaintiff,** | |
| V. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS the Joint Motion. Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) with instructions to offer Plaintiff the opportunity for a new hearing, re-evaluate the evidence of record, and issue a new decision. The final judgment is in favor of plaintiff, and against defendant. The entry of judgment will begin the running of the thirty-day period for which plaintiff, as the prevailing party, may make a timely application for attorneys' fees under the Equal Access to Justice Act. See 28 U.S.C. § 2412(d)(1)(B); Akopyan v. Barnhart, 296 F.3d 852, 854 (9th Cir. 2002).  Case is closed.

Date:   9/28/23

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  L. Sotelo

L. Sotelo, Deputy